# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHRISTOPHER KNOX, et al., | ) |
| Plaintiffs, | ) ) ) |
| vs. | ) CIVIL NO. 08-cv-379-JPG ) |
| KELLY RHODES, *et al.*, | ) ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

**GILBERT, District Judge:**

On March 14, 2008, Plaintiffs filed this action in the United States District Court for the Northern District of Illinois. The case was then transferred to this District, where it was opened on May 27, 2008. However, a month earlier, Plaintiffs had filed an identical complaint in this District. *See Knox v. Rhodes*, Case No. 08-cv-277-JPG (S.D. Ill., filed April 14, 2008).

Accordingly, the instant action is **DISMISSED** without prejudice as duplicative. No further filings shall be made under this case number; the Clerk shall **CLOSE THIS CASE**.

**IT IS SO ORDERED.**

**Dated: July 8, 2008.**

                                                  **s/ J. Phil Gilbert**
                                                  **U. S. District Judge**